MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VICTORIANO TAVAREZ, on behalf of himself :
and all others similarly situated,                           :       21-CV-5703 (VEC)
                                        Plaintiff,           :
                -against-                                    :       ORDER TO SHOW
                                                             :             CAUSE
AUGUSTA COOPERATIVE FARM BUREAU,                             :
INCORPRATED,                                                 :
                                                             :
                                        Defendant.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff must effectuate service of process within 90 days of the filing of the Complaint;

WHEREAS Plaintiff's deadline for effecting service was September 29, 2021;

WHEREAS no affidavit of service has been filed;

WHEREAS Defendant has not appeared; and

WHEREAS Plaintiff has not sought a default judgment against Defendant;

IT IS HEREBY ORDERED THAT Plaintiff must show cause, no later than **October 22, 2021**, why this action should not be dismissed without prejudice for failure to serve or for failure to prosecute.

**SO ORDERED.**

Date:  October 9, 2021                              **VALERIE CAPRONI**
       New York, New York                           **United States District Judge**